HONORABLE EDWARD F. SHEA

MICHAEL E. MCFARLAND
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mmcfarland@ecl-law.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BUSEY, an individual<br><br>                Plaintiff,<br><br>vs.<br><br>RICHLAND SCHOOL DISTRICT; RICHARD JANSONS; HEATHER CLEARY; MARY GUAY; RICK DONAHOE; and PHYLLIS STRICKLER,<br><br>                Defendants. | Case No. CV-13-5022-EFS<br><br>AFFIDAVIT OF RICHARD PURYEAR IN SUPPORT OF DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION |

STATE OF WASHINGTON    )
                                ) ss
County of BENTON           )

      RICHARD J. PURYEAR, being first duly sworn upon oath deposes and says:

AFFIDAVIT OF RICHARD
PURYEAR - page 1

I am the Executive Director of Business Services for Richland School District. I have held this position for over twelve years.

Part of my responsibilities is to manage the various funds that are received by Richland School District. I am also responsible for the Payroll Department.

Richland School District is funded by federal, state and local funds. Richland School District received seven million and four hundred thousand ($7,400,000) dollars in federal funds during the 2012-2013 school year. These funds are used for a variety of purposes, including the payment of salaries of a number of District employees.

*Richard J. Puryear* (signature)
RICHARD J. PURYEAR

SUBSCRIBED AND SWORN TO before me this 16th day of April, 2013.



*Shirley P Clarkson* (signature)
NOTARY PUBLIC in and for the
State of Washington
Residing at: Richland, WA
My Commission Expires: 08/04/2014

AFFIDAVIT OF RICHARD
PURYEAR - page 2

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Brian J. Iller - bji@rettiglaw.com

and that notice has been delivered by other means to:

N/A

                                            EVANS, CRAVEN & LACKIE, P.S.

                                            By s/ Michael E. McFarland, Jr.
                                            MICHAEL E. McFARLAND, JR., #23000
                                            Attorneys for Defendants
                                            Evans, Craven & Lackie, P.S.
                                            818 W. Riverside Ave., Ste. 250
                                            Spokane, WA 99201
                                            (509) 455-5200
                                            (509) 455-3632 facsimile
                                            mmcfarland@ecl-law.com