HONORABLE EDWARD F. SHEA

MICHAEL E. MCFARLAND
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mmcfarland@ecl-law.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BUSEY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND SCHOOL DISTRICT; RICHARD JANSONS; HEATHER CLEARY; MARY GUAY; RICK DONAHOE; and PHYLLIS STRICKLER,<br><br>Defendants. | Case No. CV-13-5022-EFS<br><br>AFFIDAVIT OF GREGORY STEVENS IN SUPPORT OF DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION |

STATE OF WASHINGTON )
                                   ) ss
County of Spokane             )

      GREGORY L. STEVENS, being first duly sworn upon oath deposes and says:

AFFIDAVIT OF GREGORY L.
STEVENS - page 1

I am outside general counsel for Richland School District. I make this Affidavit based upon personal knowledge.

On February 21, 2013, I sent Mr. Brian Iller a letter regarding Dr. Jim Busey and his separation from employment as Superintendent of Richland School District. In that letter, I stated:

> In any event, we now need to determine how the parties are to proceed. Under the employment contract between the District and Dr. Busey he has a right to a hearing before the School Board. If Dr. Busey would like this hearing, please let me know immediately so it can be expeditiously scheduled. Secondly, and as I am sure you are aware, Dr. Busey's employment contract allows him the right to challenge the School District's actions through arbitration. Please immediately let me know whether Dr. Busey wishes to pursue this matter to arbitration. If so, we need to decide whether you should submit this matter to the American Arbitration Association (AAA) for a listing of arbitrators, or whether we should initially attempt to mutually agree on an arbitrator, thereby avoiding the fees associated with AAA's involvement. If it is Dr. Busey's choice to proceed to arbitration, it is my suggestion that we initially try to select an arbitrator on our own.

A true and correct copy of my February 21, 2013 letter is attached hereto as Exhibit A.

On February 28, 2013, I received a response letter from Mr. Iller dated February 25, 2013. In Mr. Iller's letter, he stated that Dr. Busey "sees no point in

AFFIDAVIT OF GREGORY L. STEVENS - page 2

having a hearing in these circumstances, and is not obligated to do so." Mr. Iller further states: "Dr. Busey does not agree to arbitrate his federal and state statutory rights and claims." Mr. Iller enclosed a copy of a summons and complaint and asked whether I could accept service on behalf of the named defendants. A true and correct copy of Mr. Iller's February 25, 2013 letter is attached hereto as Exhibit B.

GREGORY L. STEVENS

SUBSCRIBED AND SWORN TO before me this 17th day of April, 2013.

NOTARY PUBLIC in and for the
State of Washington
Residing at: Spokane
My Commission Expires: 11/6/2014



AFFIDAVIT OF GREGORY L.
STEVENS - page 3

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Brian J. Iller - bji@rettiglaw.com

and that notice has been delivered by other means to:

N/A

        EVANS, CRAVEN & LACKIE, P.S.

        By   s/ Michael E. McFarland, Jr.
        MICHAEL E. McFARLAND, JR., #23000
        Attorneys for Defendants
        Evans, Craven & Lackie, P.S.
        818 W. Riverside Ave., Ste. 250
        Spokane, WA 99201
        (509) 455-5200
        (509) 455-3632 facsimile
        mmcfarland@ecl-law.com