HONORABLE EDWARD F. SHEA

MICHAEL E. MCFARLAND
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mmcfarland@ecl-law.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BUSEY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND SCHOOL DISTRICT; RICHARD JANSONS; HEATHER CLEARY; MARY GUAY; RICK DONAHOE; and PHYLLIS STRICKLER,<br><br>Defendants. | Case No. CV-13-5022-EFS<br><br>AFFIDAVIT OF GALT PETTETT IN SUPPORT OF DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION |

STATE OF WASHINGTON   )
                     ) ss
County of BENTON     )

GALT L. PETTETT, being first duly sworn upon oath deposes and says:

AFFIDAVIT OF GALT
PETTETT- page 1

I am General Counsel for the Richland School District. I have held this position for eight years. I make this Affidavit based upon personal knowledge.

Attached to this Affidavit as Exhibit A is a true and correct copy of the Superintendent's Employment Contract between Jim Busey and Richland School District.

Attached to this Affidavit as Exhibit B is a true and correct copy of a January 30, 2013 letter from Richland School District Board President Richard Jansons.

_____
GALT L. PETTETT

SUBSCRIBED AND SWORN TO before me this 16th day of April, 2013.



_____
NOTARY PUBLIC in and for the
State of Washington
Residing at: Richland, WA
My Commission Expires: 08/04/2014

AFFIDAVIT OF GALT
PETTETT- page 2

# CERTIFICATE OF SERVICE

I hereby certify that on ___April 18, 2013___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Brian J. Iller - bji@rettiglaw.com

and that notice has been delivered by other means to:

N/A

                                        EVANS, CRAVEN & LACKIE, P.S.

                                        By ___s/ Michael E. McFarland, Jr.___
                                        MICHAEL E. McFARLAND, JR., #23000
                                        Attorneys for Defendants
                                        Evans, Craven & Lackie, P.S.
                                        818 W. Riverside Ave., Ste. 250
                                        Spokane, WA 99201
                                        (509) 455-5200
                                        (509) 455-3632 facsimile
                                        mmcfarland@ecl-law.com

AFFIDAVIT OF GALT
PETTETT- page 3

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632