# EXHIBIT "1"





About    2012-13 Info    Resources    News    PowerSchool    Features    Departments    Teaching & Learning    Schools    School Board    Jobs    Contact    Home

Return to Previous Page

View More Current News Releases

## Current News Releases

**Richland School Board terminates Dr. Jim Busey as superintendent**
January 22, 2013

The Richland School Board today received results from the investigation into Dr. Jim Busey. After reviewing the investigation results, board members voted unanimously to terminate Dr. Busey as superintendent of the Richland School District (RSD). There will be no settlement or buyout of Dr. Busey's contract.



The school board conducted the investigation on the advice of the board's attorney and insurance company. Dr. Busey also said an investigation was the right thing to do.

"The members of the Richland School Board are gravely disappointed to learn of the nature and extent of Dr. Busey's failures," stated Rick Jansons, President of the Richland School Board.

The results of the investigation:

- Dr. Busey had a long-standing extramarital sexual affair with a subordinate RSD employee. This affair violated the terms of his contract.
- Dr. Busey also pursued another romantic relationship with a female he met through the RSD.
- Dr. Busey used RSD property and equipment for inappropriate personal reasons.
- Dr. Busey's actions have caused a loss of trust on the part of the school board, administration, and staff, and have caused him to lose his effectiveness as the leader of the RSD.
- Dr. Busey's actions caused disruption at Jefferson Elementary School which negatively impacted Jefferson staff.
- Since Dr. Busey has been on administrative leave, he has threatened to misrepresent information about RSD business to the media. Dr. Busey's actions, both before and during the investigation, have negatively impacted RSD staff, parents, and students.

The results stated above will be set forth in more detail in the letter of termination which is being drafted by the attorney representing the Richland School Board.

"It is now time to move forward," said Jansons. "The Richland School Board is committed to keeping our focus on student learning, student safety, and the effective management of Richland School District resources."

Copyright ©2013 Richland School District