UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BUSEY, an individual, | No. CV-13-5022-EFS |
| Plaintiff, | |
| v. | **ORDER VACATING THE COURT'S ORAL RULING ON DEFENDANT'S MOTION TO STAY AND COMPEL ARBITRATION** |
| RICHLAND SCHOOL DISTRICT, et al., | |
| Defendants. | |

A hearing occurred in the above-captioned matter on May 17, 2013. Plaintiff James Busey was represented by Brian J. Iller; all Defendants were represented by Michael E. McFarland, Jr. Before the Court was Defendants' Motion to Stay and Compel Arbitration, ECF No. 5. After reviewing the pleadings and the record in this matter, and after hearing from counsel, the Court orally denied Defendants' motion and advised the parties that a written Order memorializing that ruling would follow.

A telephonic status conference was held in this matter on May 20, 2013. At that hearing, and for the reasons given on the record during that hearing, the Court concludes that it must recuse itself from further participation in this matter. A separate Order of Recusal will be entered shortly.

ORDER VACATING THE COURT'S ORAL RULING ON DEFENDANT'S MOTION TO STAY AND COMPEL ARBITRATION ~ 1

In light of the foregoing, the Court hereby **VACATES** its oral ruling on Defendants' motion, **ECF No. 5**. Defendants' motion is **HELD IN ABEYANCE** pending the reassignment of this matter to another judicial officer in this District.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of May 2013.

s/ Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge