UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BUSEY, | No. CV-13-5022-EFS |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| RICHLAND SCHOOL DISTRICT, et al., | |
| Defendants. | |

Having concentrated on only the legal issues prior to the hearing on the Motion to Compel Arbitration, over the weekend, I reflected on the possibility that there could be an appearance of a conflict of interest if I handled this case because family members teach and attend school in the District. Accordingly, I believe it prudent to recuse myself and have another judge assigned to this case.

Accordingly, **IT IS HEREBY ORDERED** that this case be returned to the Clerk's Office for reassignment to Judge Rice in this District.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, provide copies to Judge Rice, and to counsel.

**DATED** this 20th day of May 2013.

s/ Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Secty\CIVIL\2013\13cv5022efs reassignment order.docx

ORDER OF RECUSAL - 1