UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON HOERNER,<br><br>                    Plaintiff,<br><br>     v.<br><br>STANDLEY AND ASSOCIATES, LLC, a Colorado corporation; and JOHN DOE HUBBARD, an individual,<br><br>                    Defendants. | NO: 13-CV-00262-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 3). Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on September 6, 2013. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED**:

2   All claims and causes of action in this matter are **DISMISSED** with

3   prejudice and without costs or fees to any party.

4   The District Court Executive is hereby directed to enter this Order, furnish

5   copies to counsel, and **CLOSE** the file.

6   **DATED** September 9, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2