UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BUSEY, an individual,<br><br>                  Plaintiff,<br><br>   v.<br><br>RICHLAND SCHOOL DISTRICT; RICHARD JANSONS; HEATHER CLEARY; MARY GUAY; RICK DONAHOE; and PHYLLIS STRICKLER,<br><br>                  Defendants. | NO: 13-CV-5022-TOR<br><br>THIRD ORDER EXTENDING THE DISCOVERY PERIOD |

BEFORE THE COURT is the parties' Third Stipulated Motion for Extension of Discovery Period (ECF No. 63). This matter was submitted for consideration without oral argument. The Court has reviewed the briefing and the record and files herein, and is fully informed.

The parties move the Court for an order extending the discovery deadline from September 5, 2014, to October 31, 2014. The parties jointly represent that

ORDER EXTENDING THE DISCOVERY PERIOD ~ 1

they have been cooperating in their discovery efforts but are unable to complete discovery by the deadline due to scheduling conflicts and witness unavailability.[1] No trial is currently scheduled, pending the resolution of the interlocutory appeal presently before the Ninth Circuit concerning the arbitration of claims in this case. Pursuant to the parties' stipulation and for good cause shown, the Court grants the parties' motion for an extension.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Third Stipulated Motion for Extension of Discovery Period (ECF No. 63) is **GRANTED**. The Partial Scheduling Order Pending Appeal (ECF No. 47) is **AMENDED** with respect to the following numbered sections only:

    **6. Discovery Cutoff**

    **A. Generally**

    All discovery, including depositions and perpetuation depositions, shall be completed by **October 31, 2014** ("Discovery Cutoff").

---

[1] For example, a Board member's recent illness delayed her provision of testimony for two months, and another key witness lives in Colorado and the parties have not yet been able to secure her attendance for a deposition.

1   The District Court Executive is hereby directed to enter this Order and

2   provide copies to counsel.

3   **DATED** June 19, 2014.



                     THOMAS O. RICE
                     United States District Judge