UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JAMES BUSEY, an individual,

                    Plaintiff,

     v.

RICHLAND SCHOOL DISTRICT; RICHARD JANSONS; HEATHER CLEARY; MARY GUAY; RICK DONAHOE; and PHYLLIS STRICKLER,

                    Defendants.

NO:  2:13-CV-5022-TOR

ORDER OF DISMISSAL

BEFORE THE COURT is the parties' Stipulated Notice of Voluntary Dismissal of Plaintiff's Marital Status Discrimination Claim (ECF No. 131). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff's marital status discrimination claim be voluntarily dismissed without attorney's fees or costs to either party.  Accordingly, the Court dismisses this claim.

//

ORDER OF DISMISSAL ~ 1

**IT IS ORDERED**:

1.  Pursuant to the parties' stipulation, Plaintiff's marital status discrimination claim is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and without fees or costs to either party.

2.  All pending motions are **DENIED** as moot and all remaining deadlines and hearings are **VACATED**.

3. The District Court Executive is directed to enter this Order, provide copies to counsel, enter final **JUDGMENT** for Defendants, and **CLOSE** the file.

**DATED** April 15, 2016.

THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2